

**FILED**

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0192

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0192

FILED

MAY 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RYAN T. ARION,

    Petitioner,

v.

JIM SALMONSEN, Warden,

    Respondent.

ORDER

Ryan T. Arion has filed a Petition for Writ of Habeas Corpus. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ryan T. Arion personally.

DATED this _____9th_____ day of May, 2022.

_____
Justice